ELIZABETH LOUBET *v.* ALBERT E. LOUBET

KING, C. J., ALCORN, HOUSE, THIM and RYAN, Js.

Argued June 6—decided June 8, 1967

*Stephen N. Schaffer,* with whom, on the brief, was *Richard S. Weinstein,* for the appellant (defendant).

*J. Richard Fay,* with whom, on the brief, was *Kenneth Garfunkel,* for the appellee (plaintiff).

PER CURIAM. The opposing affidavit of the defendant contained no recital of facts which would be admissible in evidence, nor was any documentary proof submitted to show that there was a genuine issue as to any material fact alleged in the complaint. Practice Book §§ 300, 303; *Kasowitz* v. *Mutual Construction Co.,* 154 Conn. 607, 613, 228 A.2d 149; *Rathkopf* v. *Pearson,* 148 Conn. 260, 263, 170 A.2d 135.

There is no error.